IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONALD J. KALIL, executor of the Estate of James Kalil, Sr., and trustee of the James Kalil, Sr. Revocable Trust, | § § § § § | No. 241, 2019 |
| Petitioner Below, Appellant, | § § § | Court Below–Court of Chancery of the State of Delaware |
| v. | § § | Case No. 11047 VCZ |
| JAMES P. KALIL, JANICE KETCHAM, and JACQUELINE KALIL, | § § § § § | |
| Respondents Below, Appellees. | § § | |

Submitted: October 25, 2019
Decided: January 14, 2020

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## O R D E R

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of the Court of Chancery's June 11, 2019 order, which overruled the petitioner's and respondents' objections to the Master's Final Report and adopted the well-reasoned Master's Final Report dated February 7, 2018 in its entirety.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice